IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAVID WEST, :

    Plaintiff(s), : Case No. 3:12-cv-117

: Judge Walter Herbert Rice

- vs -

:

TPR ASSOCIATES, LLC, et. al.,

:

    Defendant(s).

## ORDER

Venue properly lying in The United States District Court, Northern District of Ohio, the above-captioned matter is hereby TRANSFERRED from the docket of the Honorable Walter H. Rice to the Akron Division for reassignment.

It is so ORDERED.

April 19, 2012

                              WALTER HERBERT RICE, JUDGE
                              UNITED STATES DISTRICT